**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) | |
| | ) | Honorable Rebecca R. Pallmeyer |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 09-cv-00128 |
| RAND FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**RAND FINANCIAL SERVICES' MOTION FOR ENTRY OF JUDGMENT ON
COUNTS I THROUGH V OF THE TRUSTEE'S SECOND AMENDED COMPLAINT**

Defendant, Rand Financial Services ("Rand"), respectfully submits this Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint. Specifically, Rand seeks an Order from the Court: (1) entering judgment in Rand's favor and against the Trustee on Counts I through V of the Trustee's Second Amended Complaint; (2) directing the Trustee to pay Rand its pro rata share of the SEG 1 Reserve and the Section 7.20(b) Disputed Claims Reserve within seven days of this Court's entry of judgment on Count III; and (3) granting all other just relief.

A Memorandum of Law has been submitted herewith.

Accordingly, in view of the arguments in the accompanying memorandum, Rand respectfully requests that the Court GRANT its Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint.

Dated:  October 13, 2017

Respectfully submitted,

RAND FINANCIAL SERVICES

By: /s/ Geoffrey S. Goodman
    Stephen P. Bedell  (#3125972)
    William J. McKenna  (#3124763)
    Thomas P. Krebs  (#6229634)
    Geoffrey S. Goodman  (#6272297)
    Foley & Lardner LLP
    321  North  Clark  Street,  Suite  2800
    Chicago, IL 60654-5313
    Telephone:  (312) 832-4500
    Facsimile:  (312) 832-4700

2

## <u>CERTIFICATE OF SERVICE</u>

I, Peter J. O'Meara, an attorney, hereby certify that on October 13, 2017, I electronically filed the foregoing RAND FINANCIAL SERVICES' MOTION FOR ENTRY OF JUDGMENT ON COUNTS I, II, IV and V with the Clerk of the Court using the CM/ECF system, which caused the same to be served on all counsel of record via ECF filing.

By: <u>*/s/* Peter J. O'Meara</u>
    One of its attorneys